Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Edward Peterson
Zepher R. Stroud**
   Debtor(s)

Bankruptcy Case No.: 15–21980–GLT
Related to Docket No. 109
Chapter: 13
Docket No.: 110 – 109
Concil. Conf.: January 26, 2017 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 9, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 19, 2016,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 26, 2017** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 25, 2016

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-21980-GLT
Edward Peterson                                                       Chapter 13
Zepher R. Stroud
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: ctak              Page 1 of 2           Date Rcvd: Oct 25, 2016
                              Form ID: 213            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2016.
```
db/jdb         +Edward Peterson,    Zepher R. Stroud,    435 MacFarlane Drive,    Pittsburgh, PA 15235-4217
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14065151       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14054357        Comcast,    P.O. Box 8002,    Southeastern, PA 19398-3002
14054358       ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
                (address filed with court: Dominion Peoples,    P.O. Box 26666,    Richmond, VA 23261-6666)
14132855        ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408
14054360        Fashion Bug,   P.O. Box 84073,    Columbus OH 31908-4073
14054361        Financial Claims, Inc.,    P.O. Box 3029,    Kirkland, WA 98083-3029
14068478        GM Financial,    P.O. Box 78143,    Phoenix, AZ 85062-8143
14054362        Mun. of Penn Hills,    c/o Central Tax Bureau of Pa., Inc.,    600 W. Railroad Avenue,
                 Verona, PA 15147-1140
14079601       +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14054364        Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    One Churchill Park,
                 3001 McCrady Road,    Pittsburgh, PA 15235
14054365        Penn Hills Sewage,    c/o Central Tax Bureau of Pa., Inc.,    600 W. Railroad Avenue,
                 Verona, PA 15147-1140
14054366       +Penn Hills YMCA,    c/o Diversified Collections, Inc.,    1165 Garden Street,    P.O. Box 200,
                 Greensburg, PA 15601-0200
14068480        Peoples Natural Gas Company,    P.O. Box 535323,    Pittsburgh, PA 15253-5323
14054367        Verizon,    c/o The CBE Group,    131 Tower Park, Suite 100,    P.O. Box 2547,
                 Waterloo, IA 50704-2547
14054368       +Wells Fargo Bank, N.A.,    3476 Stateview Blvd.,    Ft. Mill, SC 29715-7200
14085024       +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
                 3476 Stateview Boulevard,,    Fort Mill, SC 29715-7203
14068481       +Wilkinsburg-Penn Joint Water Authority,    2200 Robinson Blvd.,    Pittsburgh, PA 15221-1193
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14054356       +E-mail/Text: EBNProcessing@afni.com Oct 26 2016 01:50:08      Citizens Financial Group,
                 c/o AFNI,    404 Brock Drive,    P.O. Box 3517,    Bloomington, IL 61702-3517
14126747       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 26 2016 01:50:59      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14054359       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 26 2016 01:50:59      Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14122786        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2016 01:54:04
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14055494        E-mail/Text: mof_bknotice@mark1financial.com Oct 26 2016 01:50:07       MarkOne Financial,
                 P O Box 550870,    Jacksonville, FL  32255-0870
14077078        E-mail/Text: blegal@phfa.org Oct 26 2016 01:50:03       PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
14110151        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2016 02:03:07
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14054363        E-mail/Text: blegal@phfa.org Oct 26 2016 01:50:03       Pa. Housing Finance Agency,
                 211 N. Front Street,    P.O. Box 15206,    Harrisburg, PA 17105-5206
14194634        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 26 2016 01:55:08      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
14087537        E-mail/Text: appebnmailbox@sprint.com Oct 26 2016 01:49:55       Sprint Corp,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
14087510        E-mail/Text: appebnmailbox@sprint.com Oct 26 2016 01:49:55       Sprint Nextel Correspondence,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                              TOTAL: 11
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              NATIONSTAR MORTGAGE LLC
cr              Wells Fargo Bank, N.A.
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
cr*            +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14068479*       MarkOne Financial,    P O Box 550870,    Jacksonville, FL 32255-0870
14087511*      ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                 OVERLAND PARK KS 66207-0949
                (address filed with court: Sprint Nextel Correspondence,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949)
                                                                                TOTALS: 3, * 4, ## 0
```

```
District/off: 0315-2          User: ctak              Page 2 of 2              Date Rcvd: Oct 25, 2016
                              Form ID: 213            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2016 at the address(es) listed below:

```
          James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Michael S. Geisler    on behalf of Debtor Edward  Peterson m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Michael S. Geisler    on behalf of Joint Debtor Zepher R. Stroud m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```