# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** EDWARD PETERSON & ZEPHER R. STROUD
- **Case Number:** 15-21980-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 17, 2016 11:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

*RECEIVED 2016 NOV 17 P 1:42 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

**Matter:**

\# - Amended Plan Due: 10/19/2016 (NFC)
(Trustees Certificate of Default, Hearing set for 1/26/17,
Amended Plan/ Affidiavit due 12/9/2016)
R / M #: 24 / 0

**Appearances:**

Debtor: *Geisler*
Trustee: Winnecour / Bedford / (Pail) Katz

Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Counsel/debtor have no defense Trustee consents*

*No pmt since 6/16*

11/9/2016   3:46:09PM