Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Edward Peterson** | : | Case No. 15−21980−GLT |
| **Zepher R. Stroud** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Issued Per 11/17/2016 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **18th day of November, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 15-21980-GLT
Edward Peterson                                                      Chapter 13
Zepher R. Stroud
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dbas             Page 1 of 2           Date Rcvd: Nov 18, 2016
                             Form ID: 309           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
```
db/jdb         +Edward Peterson,    Zepher R. Stroud,    435 MacFarlane Drive,    Pittsburgh, PA 15235-4217
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14065151       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14054357        Comcast,   P.O. Box 8002,    Southeastern, PA 19398-3002
14054358      ++DOMINION VIRGINIA POWER,    PO BOX 26666,   18TH FLOOR,    RICHMOND VA 23261-6666
               (address filed with court: Dominion Peoples,    P.O. Box 26666,    Richmond, VA 23261-6666)
14132855        ECMC,   PO BOX 16408,   ST. PAUL MN 55116-0408
14054361        Financial Claims, Inc.,    P.O. Box 3029,   Kirkland, WA 98083-3029
14054362        Mun. of Penn Hills,   c/o Central Tax Bureau of Pa., Inc.,     600 W. Railroad Avenue,
                 Verona, PA 15147-1140
14079601       +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14054364        Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    One Churchill Park,
                 3001 McCrady Road,   Pittsburgh, PA 15235
14054365        Penn Hills Sewage,   c/o Central Tax Bureau of Pa., Inc.,     600 W. Railroad Avenue,
                 Verona, PA 15147-1140
14054366       +Penn Hills YMCA,   c/o Diversified Collections, Inc.,    1165 Garden Street,    P.O. Box 200,
                 Greensburg, PA 15601-0200
14068480        Peoples Natural Gas Company,    P.O. Box 535323,   Pittsburgh, PA 15253-5323
14054367        Verizon,   c/o The CBE Group,    131 Tower Park, Suite 100,    P.O. Box 2547,
                 Waterloo, IA 50704-2547
14068481       +Wilkinsburg-Penn Joint Water Authority,    2200 Robinson Blvd.,    Pittsburgh, PA 15221-1193
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14054356       +EDI: AFNIRECOVERY.COM Nov 19 2016 01:28:00      Citizens Financial Group,   c/o AFNI,
                 404 Brock Drive,   P.O. Box 3517,   Bloomington, IL 61702-3517
14126747       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Nov 19 2016 01:53:23       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14054359       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Nov 19 2016 01:53:23       Duquesne Light Company,
                 411 Seventh Avenue,   Pittsburgh, PA 15219-1942
14054360        EDI: WFNNB.COM Nov 19 2016 01:28:00       Fashion Bug,   P.O. Box 84073,   Columbus OH 31908-4073
14068478        EDI: PHINAMERI.COM Nov 19 2016 01:28:00       GM Financial,   P.O. Box 78143,
                 Phoenix, AZ 85062-8143
14122786        EDI: RESURGENT.COM Nov 19 2016 01:28:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14055494        E-mail/Text: mof_bknotice@mark1financial.com Nov 19 2016 01:52:23        MarkOne Financial,
                 P O Box 550870,   Jacksonville, FL 32255-0870
14077078        E-mail/Text: blegal@phfa.org Nov 19 2016 01:52:11      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,   HARRISBURG, PA 17105
14110151        EDI: PRA.COM Nov 19 2016 01:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14054363        E-mail/Text: blegal@phfa.org Nov 19 2016 01:52:12      Pa. Housing Finance Agency,
                 211 N. Front Street,   P.O. Box 15206,   Harrisburg, PA 17105-5206
14194634        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 19 2016 02:07:25       Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
14087537        EDI: NEXTEL.COM Nov 19 2016 01:28:00       Sprint Corp,   Attn Bankruptcy Dept,   PO Box 7949,
                 Overland Park KS 66207-0949
14087510        EDI: NEXTEL.COM Nov 19 2016 01:28:00       Sprint Nextel  Correspondence,   Attn Bankruptcy Dept,
                 PO Box 7949,   Overland Park KS 66207-0949
14085024       +EDI: WFFC.COM Nov 19 2016 01:28:00      Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,   MAC # D3347-014,    3476 Stateview Boulevard,,
                 Fort Mill, SC 29715-7203
14054368       +EDI: WFFC.COM Nov 19 2016 01:28:00      Wells Fargo Bank, N.A.,    3476 Stateview Blvd.,
                 Ft. Mill, SC 29715-7200
                                                                                               TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             NATIONSTAR MORTGAGE LLC
cr             Wells Fargo Bank, N.A.
cr*           +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,   Arlington, TX 76096-3853
cr*           +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,  Suite 3,
                 Pittsburgh, PA 15235-4441
14068479*       MarkOne Financial,   P O Box 550870,   Jacksonville, FL 32255-0870
```

```
District/off: 0315-2              User: dbas                   Page 2 of 2                   Date Rcvd: Nov 18, 2016
                                  Form ID: 309                 Total Noticed: 31
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
14087511*      ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                 OVERLAND PARK KS 66207-0949
                (address filed with court: Sprint Nextel Correspondence,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949)
                                                                                             TOTALS: 3, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
              James A. Prostko     on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Joseph P. Schalk     on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor Edward  Peterson m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Michael S. Geisler    on behalf of Joint Debtor Zepher R. Stroud m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                 TOTAL: 11
```