**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

EDWARD PETERSON
ZEPHER R. STROUD
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:15-21980 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/31/2015 and confirmed on 01/21/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,253.96 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,253.96 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,644.91 | |
|   Trustee Fee | 244.89 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,889.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX6/15 | | | | |
|   PHFA(*) | 3,772.45 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX ACC | | | | |
|   WELLS FARGO BANK NA | 1,242.49 | 1,242.49 | 0.00 | 1,242.49 |
|     Acct: XXX1976 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 26.30 | 0.00 | 26.30 |
|     Acct: 1976 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX6/15 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA G | 13,000.00 | 1,508.35 | 1,277.02 | 2,785.37 |
|     Acct: 8847 | | | | |
| | | | | 4,054.16 |
| Priority | | | | |
|   MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDWARD PETERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 15-21980 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | MICHAEL S GEISLER ESQ | 1,025.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MICHAEL S GEISLER ESQ | 2,800.00 | 1,644.91 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PENN HILLS MUNICIPALITY (EIT)** | 2,191.97 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXX3-11 | | | | |
| | PENN HILLS SD (PENN HILLS) (EIT)** | 959.74 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXX3-11 | | | | |
| | CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| | Acct: XXXXXXXX-GLT | | | | |
| | | | | | 310.00 |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY* | 1,413.02 | 0.00 | 0.00 | 0.00 |
| | Acct: 0416 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 1,932.60 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX9767 | | | | |
| | CITIZENS FINANCIAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX5968 | | | | |
| | COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | FASHION BUG | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | FINANCIAL CLAIMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX2041 | | | | |
| | MARK ONE FINANCIAL* | 7,320.97 | 0.00 | 0.00 | 0.00 |
| | Acct: 5954 | | | | |
| | PENN HILLS SEWAGE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXX2960 | | | | |
| | PENN HILLS YMCA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX3094 | | | | |
| | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX5367 | | | | |
| | WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX2960 | | | | |
| | AMERICREDIT FINANCIAL SVCS INC DBA G | 1,522.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 8847 | | | | |
| | SPRINT CORP(*) | 513.59 | 0.00 | 0.00 | 0.00 |
| | Acct: 3231 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 8,399.53 | 0.00 | 0.00 | 0.00 |
| | Acct: 2444 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 706.94 | 0.00 | 0.00 | 0.00 |
| | Acct: 7582 | | | | |
| | ECMC(*) | 3,021.90 | 0.00 | 0.00 | 0.00 |
| | Acct: 5957 | | | | |
| | REGIONAL ACCEPTANCE CORP | 9,607.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 5148 | | | | |
| | JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                                             4,364.16

TOTAL CLAIMED
PRIORITY              3,461.71
SECURED              18,014.94
UNSECURED            34.438.59

Date: 01/06/2017                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com